COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-15-00043-CR

Style:                    Dejesus Fobbs

                       **v**. The State of Texas

Date motion filed:       February 16, 2015

Type of motion:         Motion to Substitute Counsel

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
       Original due date:
       Number of previous extensions granted:                  Current Due date:
       Date Requested:

Ordered that motion is:

     ☐       Granted

           If document is to be filed, document due:

           ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒       Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐       Other: _____

The motion does not indicate that appellant's counsel, James Spencer, seeks to withdraw from representing appellant. *See* TEX. R. APP. P. 6.5. Additionally, the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at his last known address. *See* TEX. R. APP. P. 6.5(b), (d). **Accordingly, we deny the motion to substitute counsel**.

By filing this motion, Joel H. Bennett has appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2, 9.1. James Spencer remains as appellant's lead counsel until new lead counsel is designated or a motion to withdraw or substitute counsel that complies with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

Judge's signature:    /s/ Terry Jennings
                    ☑ Acting individually      ☐ Acting for the Court

Date: February 26, 2015